No. 604. EL PUEBLO *v.* DELGADO.—Apelación procedente de la Corte de Distrito de Humacao. Moción del apelante desistiendo de la apelación. Resuelto en mayo 28, 1913. Desestimada la apelación a instancia del apelante. Abogado del apelante: *Sr. Carlos Travecier.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

———

No. 607. EL PUEBLO, APELANTE, *v.* FIGUEROA, APELADO.—Apelación procedente de la Corte de Distrito de Ponce. Moción del Pueblo desistiendo de la apelación. Resuelto en junio 2, 1913. Teniendo por desistido al apelante. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelado no compareció.

———

No. 332. EX PARTE MANUEL M. SAMA, JR.—Solicitud para que se cancele la fianza notarial prestada por la National Surety Company en marzo 20, 1912 bajo el No. 1525. Resuelto en junio 9, 1913. Se da por terminada dicha fianza notarial en cuanto a los actos posteriores del peticionario y se declara vigente en cuanto a los actos anteriores durante el término legal y hasta que dicha fianza sea cancelada legalmente. El peticionario compareció en nombre propio.